## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:98CR210** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **vs.** | ) | |
| | ) | |
| **RODNEY L. WORLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's Consent Motion to Dismiss Petition for Offender Under Supervision (Filing No. 61). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 45), without prejudice, against the above-named Defendant.

IT IS ORDERED that the government's Consent Motion to Dismiss Petition for Offender Under Supervision (Filing No. 61) is granted and the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 45) is dismissed.

DATED this 11th day of February, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge